Louise Hambleton, appellee, v. B. F. Turner, appellant. Gen. No. 25,725.

Bill for an accounting. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in this court at the October term, 1919. Reversed

and remanded with directions. Opinion filed April 12, 1920. McSurely, P. J., dissenting.

E. G. Lancaster, for appellant. No appearance for appellee.

Mr. Justice Dever delivered the opinion of the court.